# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

RICARDO RENFRO,
:
        Petitioner,                         Case No. 1:11-cv-430

                           :             Chief Judge Susan J. Dlott
    -vs-                             Magistrate Judge Michael R. Merz

STATE OF OHIO, et al.,
:
        Respondents.

---

## DECISION AND ORDER

---

On Motion of the Petitioner (Doc. No. 14) and for good cause shown, the above captioned action is hereby dismissed without prejudice and the Report and Recommendations recommending dismissal with prejudice (Doc. No. 13) is WITHDRAWN. The Petition herein was filed pre-judgment and Petitioner has still not exhausted his available remedies in the Ohio courts, so dismissal without prejudice will not prevent him from returning to federal court once he has exhausted those remedies.

June 4, 2012.

                              **s/ Michael R. Merz**
                              United States Magistrate Judge